■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MARK S. WILLIAMSON, Appellant. — Judgment unanimously affirmed. Counsel's application to withdraw granted (see *People v Crawford*, 71 AD2d 38). (Appeal from judgment of Oswego County Court, Mordue, J. — attempted burglary, second degree.) Present — Dillon, P. J., Doerr, Boomer, O'Donnell and Schnepp, JJ.

■ In the Matter of COMMISSIONER OF SOCIAL SERVICES OF THE COUNTY OF ERIE, on Behalf of HARRIET WILSON, Appellant, v WILLIAM J. BAILEY, Respondent. — Order unanimously reversed, without costs, and motion granted (see *Matter of Commissioner of Social Servs. v O'Neil*, 94 AD2d 480; *Matter of Commissioner of Social Servs. v Stephen H.*, 94 AD2d 936). (Appeal from order of Erie County Family Court, Notaro, J. — HLA blood test.) Present — Hancock, Jr., J. P., Callahan, Denman, Green and Moule, JJ.

■ In the Matter of COMMISSIONER OF SOCIAL SERVICES OF ERIE COUNTY, on Behalf of KIM LEWCZYK, Appellant, v STEVEN BUEME, Respondent. — Order unanimously reversed, without costs, motion denied, and petition reinstated. Memorandum: Inasmuch as the original petition was dismissed without prejudice and the instant petition was refiled within the statutory period of limitation (see Family Ct Act, § 517, subd [b]) there was no legal basis to dismiss (see *Matter of Commissioner of Social Servs. v Reichlin*, 93 AD2d 1000; *Matter of Commissioner of Social Servs. v Hargrove*, 84 AD2d 946). (Appeal from order of Erie County Family Court, Notaro, J. — paternity.) Present — Hancock, Jr., J. P., Callahan, Denman, Green and Moule, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE JONES, Appellant. — Judgment unanimously affirmed. Memorandum: Upon resubmission (*People v Jones*, 91 AD2d 1175), the record supports County Court's finding that the District Attorney's file contains no notes which could be considered *Rosario* material. Other issues raised by defendant have been considered and found to be without merit. (Resubmission of appeal from judgment of Monroe County Court, Barr, J. — rape, first degree.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SYLVIA GARRETT, Appellant. — Judgment, insofar as it imposes sentence, unanimously modified as a matter of discretion in the interest of justice by reducing the sentence to a term of 2 to 6 years and, as modified, the judgment is affirmed. (Appeal from judgment of Monroe County Court, Celli, J. — manslaughter, second degree.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.

■ STANLEY A. DEPTULA, Individually and as Administrator of the Estate of MARK D. DEPTULA, Deceased, Respondent, v VILLAGE OF DEPEW et al., Defendants, and COUNTY OF ERIE, Appellant. — Appeal unanimously dismissed, without costs, upon stipulation. (Appeal from order of Supreme Court, Erie County, Ricotta, J. — summary judgment.) Present — Dillon, P. J., Doerr, Denman, O'Donnell and Schnepp, JJ.